# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

FILED JUL 0 5 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 17CR1968-DMS |
|---|---|
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| NEYRI PATRICIA HAM-MORENO, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

____ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal without prejudice; or

____ the Court has granted the motion of the defendant for dismissal/judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

__X__ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment:

   21 U.S.C. Sections 952 and 960 Importation of Methamphetamine.

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: July 3, 2018

_____
Hon. DANA M. SABRAW
UNITED STATES DISTRICT JUDGE